McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2729
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

MAY 25 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-MJ-0106 CKD |
|---|---|
| Plaintiff | SEALING ORDER |
| v. | **UNDER SEAL** |
| JEFFREY KIM, | |
| Defendant. | |

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Criminal Complaint including the Affidavit and Arrest Warrant in the above-captioned matter be, and is hereby ordered SEALED until further order of this Court

Dated: 5/25/2018

By: _____
HON. CAROLYN K. DELANEY
U.S. MAGISTRATE JUDGE

SEALING ORDER

1