McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-109 MCE |
|---|---|
| Plaintiff, | NOTICE OF RELATED CASES |
| v. | |
| JEFFREY KIM, | |
| Defendant. | |

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR -50 KJM |
|---|---|
| Plaintiff, | NOTICE OF RELATED CASES |
| v. | |
| KYUNG MIN KONG,<br>  aka "Big Andy,"<br>  aka "Big Boss," | |
| Defendant. | |

Pursuant to Local Rule 123, the United States of America, through Assistant United States Attorney Brian A. Fogerty, gives notice that the above entitled actions are related within the meaning of Local Rule 123 and requests that case 2:19-cr-0050 KJM be reassigned to the Honorable Morrison C. England.

**I.     STATEMENT OF FACTS**

On June 7, 2018, an indictment was filed in 2:18-cr-109-MCE, charging defendant Jeffrey Kim

NOTICE OF RELATED CASES                                1

with four counts of bank fraud, in violation of 18 U.S.C. § 1344, one count of false use of a passport, in violation of 18 U.S.C. § 1543, one count of aggravated identity theft, in violation of 18 U.S.C. § 1028A(a)(1), and one count of money laundering, in violation of 18 U.S.C. § 1956(a)(1)(A)(i).

On March 14, 2019, an indictment was filed in 2:19-cr-50-KJM, charging defendant Kyung Min Kong with conspiracy, in violation of 18 U.S.C. § 371, bank fraud, in violation of 18 U.S.C. § 1344, one count of aggravated identity theft, in violation of 18 U.S.C. § 1028A(a)(1), and one count of money laundering, in violation of 18 U.S.C. § 1956(a)(1)(A)(i).

The scheme to defraud in each case is the same: both defendants are alleged to be participants in the same nationwide scheme to extract cash from banks using fraudulent Republic of Korea passports and a bust-out scheme centered on check kiting.

## II.   ANALYSIS

Under Local Rule 123(a), cases may be related if the Court finds:

(1) that the actions involve the same parties and are based on the same or similar claims;

(2) that the actions involve the same property, transaction or event;

(3) that the actions involve similar questions of fact and the same question of law and their assignment to the same Judge…is likely to effect a substantial savings of judicial effort, either because the same result should follow in the actions or otherwise; or

(4) for any other reasons, it would entail substantial duplication of labor if the action were heard by different Judges….

Here, the criminal cases are related within the meaning of Local Rule 123(a) because "the actions involve the same property, transaction or event," and the "actions involve similar questions of fact." L.R. 123(a)(1), (2). Both cases arise from the same bank bust-out scheme. Kong is alleged to be a manager in the scheme, and Kim is alleged to have carried out the transactions at bank branches that make the bust-out possible. Kong is alleged to have supplied the false Republic of Korea passports, and Kim is alleged to have used the false Republic of Korea passports.

For these reasons, the United States respectfully requests that the two cases be assigned to a single district judge. Judge England is assigned to the lower-numbered case, 2:18-cr-109-MCE. In the interest of judicial economy, it is recommended that the second matter, 2:19-cr-50-KJM, be reassigned

to Judge England.

Dated: March 15, 2019               McGREGOR W. SCOTT
                                    United States Attorney

                               By:  /s/ AUDREY B. HEMESATH
                                    AUDREY B. HEMESATH
                                    Assistant United States Attorney

NOTICE OF RELATED CASES                    3

**ORDER**

The Court, having received, read, and considered the government's Notice of Related Cases, and good cause appearing therefrom, relates cases 2:18-cr-109 MCE and 2:19-cr-50-KJM, and reassigns 2:19-cr-50-KJM to United States District Judge Morrison C. England for all future proceedings. The Court specifically finds that relating the cases will effect a substantial savings of judicial effort, and will avoid duplication of judicial labor.

IT IS SO ORDERED.

Dated: March 28, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE