| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, #214897<br>Chief Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | Attorney for Defendant<br>JEFFREY KIM |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case № 2:18-cr-109 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE |
| v. | |
| JEFFREY KIM, | DATE: April 11, 2019<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Audrey Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Chief Assistant Federal Defender Benjamin D. Galloway, attorneys for defendant Jeffrey Kim, that the status conference scheduled for April 11, 2019, be continued to July 11, 2019, at 10:00 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery, to continue investigating the facts of the case, and to negotiate a resolution to this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of the date of the parties stipulation through and including July 11, 2019; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Order
to Continue Status Conference

-1-

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: April 5, 2019           Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin D. Galloway*
BENJAMIN D. GALLOWAY
Chief Assistant Federal Defender
Attorney for JEFFREY KIM

DATED: April 5, 2019           MCGREGOR W. SCOTT
United States Attorney

*/s/ Audrey Hemesath*
AUDREY HEMESATH
Assistant United States Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including July 11, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the April 11, 2019 status conference shall be continued until July 11, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: April 9, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE