HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
JEFFREY KIM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case № 2:18-cr-109 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| JEFFREY KIM, | DATE: July 11, 2019<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |
| Defendant. | |

On the Court's own motion of May 1, 2019, the status conference scheduled for July 11, 2019 was vacated and continued to July 25, 2019 at 10:00 a.m.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from July 11, 2019 through and including July 25, 2019, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: May 1, 2019                    Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

                                      */s/ Benjamin D. Galloway*
                                      BENJAMIN D. GALLOWAY
                                      Chief Assistant Federal Defender
                                      Attorney for JEFFREY KIM

Stipulation and Order                 -1-
to Continue Status Conference

| | |
|---|---|
| DATED: May 1, 2019 | MCGREGOR W. SCOTT<br>United States Attorney<br><br>*/s/ Audrey Hemesath*<br>AUDREY HEMESATH<br>Assistant United States Attorney<br>Attorney for Plaintiff |

O R D E R

The Court orders the time from July 11, 2019, up to and including July 25, 2019, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), 18 U.S.C. §3161(7)(A) and Local Code T4. The Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated: May 2, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE