| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, #214897<br>Chief Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant<br>JEFFREY KIM |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-109 MCE |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY SPECIAL CONDITIONS OF RELEASE |
| v. | ) | |
| JEFFREY KIM, | ) | Judge: Hon. ALLISON CLAIRE |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Jeffrey Kim, through their respective attorneys, that the release conditions imposed on June 25, 2018, 2018 (Dkt. 14), may be modified to change the location of where Mr. Kim can reside. Condition 3 states:

**3. You must reside at a halfway house/community correctional center in Denver, Colorado, and not change your residence without prior approval of the Court.**

The parties wish to modify Condition 3 as follows:

**3.** *You must reside at a halfway house/community correctional center in Denver, Colorado, until approved by Pretrial Services to relocate to House of Hope in Sacramento, California. Once approved, you must relocate and reside at House of Hope, and not change your residence without prior approval of the Court.*

Stipulation to Modify Special Conditions of Release     -1-

1 | Pretrial Services Officer, Melissa Haberer, is in agreement with this request for
2 | modification.
3 | All other conditions shall remain in force.

4 | DATED: May 3, 2019  HEATHER E. WILLIAMS
5 | Federal Defender

6 | */s/ Benjamin D. Galloway*
7 | BENJAMIN D. GALLOWAY
   | Chief Assistant Federal Defender
8 | Attorney for JEFFREY KIM

9 | DATED: May 3, 2019  MCGREGOR W. SCOTT
   | United States Attorney
10 |
11 | */s/ Audrey Hemesath*
   | AUDREY HEMESATH
12 | Assistant United States Attorney
   | Attorney for Plaintiff

**O R D E R**

The following release condition is modified:

**3. You must reside at a halfway house/community correctional center in Denver, Colorado, until approved by Pretrial Services to relocate to House of Hope in Sacramento, California. Once approved, you must relocate and reside at House of Hope, and not change your residence without prior approval of the Court.**

All other conditions shall remain in force.

DATED: May 7, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE