HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
JEFFREY KIM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case № 2:18-cr-109 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| JEFFREY KIM, | DATE: July 25, 2019<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Audrey Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Chief Assistant Federal Defender Benjamin D. Galloway, attorneys for defendant Jeffrey Kim, that the status conference scheduled for July 25, 2019, be continued to October 24, 2019, at 10:00 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery, to continue investigating the facts of the case, and to negotiate a resolution to this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of the date of the parties stipulation through and including October 24, 2019; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: July 3, 2019                    Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

                                                */s/ Benjamin D. Galloway*
                                                BENJAMIN D. GALLOWAY
                                                Chief Assistant Federal Defender
                                                Attorney for JEFFREY KIM

DATED: July 3, 2019                    MCGREGOR W. SCOTT
                                                United States Attorney

                                                */s/ Audrey Hemesath*
                                                AUDREY HEMESATH
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including October 24, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the July 25, 2019 status conference shall be continued until October 24, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: July 17, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE