| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, #214897 |
| | Chief Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |
| | JEFFREY KIM |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-109 MCE |
| Plaintiff, | ) ) | STIPULATION AND ORDER TO MODIFY SPECIAL CONDITIONS OF RELEASE |
| v. | ) ) | Judge: Hon. Carolyn K. Delaney |
| JEFFREY KIM, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Jeffrey Kim, through their respective attorneys, that the release conditions previously imposed may be modified to revise his travel condition, and to remove his employment and drug testing conditions.

Since his release on June 22, 2018, Mr. Kim has been subject to random drug testing, and is required to obtain/maintain employment. He has tested negative for illegal substances since that date, and due to his significant health issues, he is unable to work. Further, Mr. Kim was given permission to relocate, and did relocate, from Colorado to the Eastern District of California. Therefore, the parties and Pretrial Services agree that his travel condition (condition 5) should be modified to state:

*5. You must restrict your travel to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;*

Stipulation to Modify Special Conditions of Release -1-

The parties and Pretrial Services further agree that his employment and testing conditions (conditions 8 and 10) listed below, should be removed:

*8. You must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;*

*10. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;*

All other conditions should remain in force.

DATED: July 17, 2019        HEATHER E. WILLIAMS
                            Federal Defender

                            */s/ Benjamin D. Galloway*
                            BENJAMIN D. GALLOWAY
                            Chief Assistant Federal Defender
                            Attorney for JEFFREY KIM

DATED: July 17, 2019        MCGREGOR W. SCOTT
                            United States Attorney

                            */s/ Audrey Hemesath*
                            AUDREY HEMESATH
                            Assistant United States Attorney
                            Attorney for Plaintiff

**O R D E R**

Special Condition of Release No. 5 is modified to state:

*5. You must restrict your travel to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;*

The following release conditions are stricken:

*8. You must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;*

*10. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;*

All other conditions shall remain in force as provided in the Second Amended Conditions of Release.

Dated: July 18, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE