HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
JEFFREY KIM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY KIM,<br><br>Defendant. | Case № 2:18-cr-109 MCE<br><br>STIPULATION AND ORDER FOR EXCLUSION OF TIME<br><br>DATE: February 27, 2020<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

A status conference was set by for February 27, 2020, by previous stipulation and order. Time was excluded through that date.

On January 16, 2020, the Court reset the status conference to June 25, 2020, based on the Court's availability. The defense to continues to review discovery, investigate the facts of the case, and negotiate a resolution to this matter.

Based upon the foregoing, Unites States Attorney McGregor W. Scott, through Audrey Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Chief Assistant Federal Defender Benjamin D. Galloway, agree time under the Speedy Trial Act should be excluded from the date of the parties' stipulation through and including June 25, 2020, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4.

Counsel and the defendant also agree that the ends of justice served by the Court granting

this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: February 26, 2020

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin D. Galloway*
BENJAMIN D. GALLOWAY
Chief Assistant Federal Defender
Attorney for JEFFREY KIM

DATED: February 26, 2020

MCGREGOR W. SCOTT
United States Attorney

*/s/ Audrey Hemesath*
AUDREY HEMESATH
Assistant United States Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the time from the date the parties stipulation, up to and including June 25, 2020, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, Local Code T4.

IT IS SO ORDERED.

Dated: March 2, 2020

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE