| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, #214897 |
| | Chief Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA  95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | Attorney for Defendant |
| | JEFFREY KIM |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case № 2:18-cr-109 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| JEFFREY KIM, | DATE:    November 5, 2020 |
| Defendant. | TIME:    10:00 a.m. |
| | JUDGE:  Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Audrey Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Chief Assistant Federal Defender Benjamin D. Galloway, attorneys for defendant Jeffrey Kim, that the status conference scheduled for November 5, 2020, be continued to January 14, 2021, at 10:00 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery, to continue investigating the facts of the case, and to negotiate a resolution to this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of the date of the parties stipulation through and including January 14, 2021; pursuant to 18 U.S.C. §3161(h)(7)(A)and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

1  Counsel and the defendant also agree that the ends of justice served by the Court granting
2  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3  DATED: October 5, 2020                Respectfully submitted,

4                                         HEATHER E. WILLIAMS
5                                         Federal Defender

6                                         */s/ Benjamin D. Galloway*
                                          BENJAMIN D. GALLOWAY
7                                         Chief Assistant Federal Defender
                                          Attorney for JEFFREY KIM
8
9  DATED: October 5, 2020                MCGREGOR W. SCOTT
                                          United States Attorney
10
                                          */s/ Audrey Hemesath*
11                                        AUDREY HEMESATH
                                          Assistant United States Attorney
12                                        Attorney for Plaintiff

Stipulation and Order                    -2-
to Continue Status Conference

O R D E R

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including January 14, 2021, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the November 5, 2020 status conference shall be continued until January 14, 2021 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  October 5, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE