HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
JEFFREY KIM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case № 2:18-cr-109 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| JEFFREY KIM, | DATE:    March 25, 2021 |
| Defendant. | TIME:    10:00 a.m. |
| | JUDGE:   Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Audrey Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Chief Assistant Federal Defender Benjamin D. Galloway, attorneys for defendant Jeffrey Kim, that the status conference scheduled for March 25, 2021, be continued to July 29, 2021, at 10:00 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery, to continue investigating the facts of the case, and to negotiate a resolution to this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of the date of the parties stipulation through and including July 29, 2021; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

1         Counsel and the defendant also agree that the ends of justice served by the Court granting

2  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3

4  DATED: March 19, 2021           Respectfully submitted,

5                                 HEATHER E. WILLIAMS

6                                 Federal Defender

7                                 */s/ Benjamin D. Galloway*

8                                 BENJAMIN D. GALLOWAY
                                  Chief Assistant Federal Defender

9                                 Attorney for JEFFREY KIM

10  DATED: March 19, 2021           PHILLIP A. TALBERT
                                   Acting United States Attorney

11

12                                 */s/ Audrey Hemesath*
                                   AUDREY HEMESATH

13                                 Assistant United States Attorney
                                   Attorney for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

O R D E R

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including July 29, 2021, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the March 25, 2021 status conference shall be continued until July 29, 2021 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  March 23, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Stipulation and Order
to Continue Status Conference