HEATHER E. WILLIAMS, #122664
Federal Defender
NOA OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax 916-498-5710
Noa_Oren@fd.org

Attorney for Defendant
JEFFREY KIM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case № 2:18-cr-109 MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | |
| JEFFREY KIM, | DATE:     July 29, 2021 |
| Defendant. | TIME:     10:00 a.m. |
| | JUDGE:   Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Audrey Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa Oren, attorney for defendant Jeffrey Kim, that the status conference scheduled for July 29, 2021, be continued to October 28, 2021, at 10:00 a.m.

The reasons for this continuance are to allow new defense counsel to review discovery.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of the date of the parties stipulation through and including October 28, 2021; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon defense preparation.

//

//

//

1    Counsel and Mr. Kim also agree that the ends of justice served by the Court granting this

2    continuance outweigh the best interests of the public and the defendant in a speedy trial.

3

4    DATED: July 26, 2021              Respectfully submitted,

5                                      HEATHER E. WILLIAMS
6                                      Federal Defender

7                                      */s/ Noa Oren*
                                       NOA E. OREN
8                                      Assistant Federal Defender
                                       Attorney for JEFFREY KIM
9

10   DATED: July 26, 2021              PHILLIP A. TALBERT
                                       Acting United States Attorney
11
                                       */s/ Audrey Hemesath*
12                                     AUDREY HEMESATH
13                                     Assistant United States Attorney
                                       Attorney for Plaintiff
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

O R D E R

2     IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3 stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4 its order. The Court specifically finds the failure to grant a continuance in this case would deny

5 counsel reasonable time necessary for effective preparation, taking into account the exercise of

6 due diligence.  The Court finds the ends of justice are served by granting the requested

7 continuance and outweigh the best interests of the public and defendant in a speedy trial.

8     The Court orders the time from the date the parties stipulated, up to and including

9 October 28, 2021, shall be excluded from computation of time within which the trial of this case

10 must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)

11 and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It

12 is further ordered the July 29, 2021 status conference shall be continued until October 28, 2021

13 at 10:00 a.m.

14     IT IS SO ORDERED.

15 Dated:  July 26, 2021

16

17 _____
MORRISON C. ENGLAND, JR.
18 SENIOR UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

Stipulation and Order
to Continue Status Conference

*United States v. Kim*, 2:18-cr-109-MCE