HEATHER E. WILLIAMS, #122664
Federal Defender
NOA OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax 916-498-5710
Noa_Oren@fd.org

Attorney for Defendant
JEFFREY KIM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY KIM,<br><br>　　　　　Defendant. | Case № 2:18-cr-109 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>DATE:　February 24, 2022<br>TIME:　9:30 a.m.<br>JUDGE:　Hon. Troy L. Nunley |
|---|---|

　　　IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Audrey Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa Oren, attorney for defendant Jeffrey Kim, that the status conference scheduled for February 24, 2022, be continued to May 26, 2022, at 9:30 a.m.

　　　The reasons for this continuance are to allow new defense counsel to review discovery and confer with Mr. Kim.

　　　Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of the date of the parties stipulation through and including May 26, 2022; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon defense preparation.

//

//

Counsel and Mr. Kim also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: February 15, 2022              Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

                                      /s/ Noa Oren
                                      NOA E. OREN
                                      Assistant Federal Defender
                                      Attorney for JEFFREY KIM

DATED: February 15, 2022              PHILLIP A. TALBERT
                                      United States Attorney

                                      /s/ Audrey Hemesath
                                      AUDREY HEMESATH
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated previously (February 24, 2022), up to and including May 26, 2022, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered a status conference be set for May 26, 2022 at 9:30 a.m.

DATED: February 15, 2022

_____
Troy L. Nunley
United States District Judge