HEATHER E. WILLIAMS, #122664
Federal Defender
NOA OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax 916-498-5710
Noa_Oren@fd.org

Attorney for Defendant
JEFFREY KIM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case № 2:18-cr-109 TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | |
| JEFFREY KIM, | DATE:    July 14, 2022 |
| Defendant. | TIME:    9:30 a.m. |
| | JUDGE:   Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

Attorney, through Audrey Hemesath, Assistant United States Attorney, attorney for Plaintiff, and

Heather Williams, Federal Defender, through Assistant Federal Defender Noa Oren, attorney for

defendant Jeffrey Kim, that the status conference scheduled for June 9, 2022, be continued to

July 14, 2022, at 9:30 a.m.

The reasons for this continuance are to allow new defense counsel to review plea agreement

and confer with Mr. Kim.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

excluded of the date of the parties stipulation through and including July 14, 2022; pursuant to 18

U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code

T4 based upon defense preparation.

//

//

1    Counsel and Mr. Kim also agree that the ends of justice served by the Court granting this

2    continuance outweigh the best interests of the public and the defendant in a speedy trial.

3

4    DATED: June 6, 2022              Respectfully submitted,

5                                     HEATHER E. WILLIAMS
6                                     Federal Defender

7                                     /s/ Noa Oren
                                      NOA E. OREN
8                                     Assistant Federal Defender
9                                     Attorney for JEFFREY KIM

10
     DATED: June 6, 2022              PHILLIP A. TALBERT
11                                    United States Attorney

12                                    /s/ Audrey Hemesath
13                                    AUDREY HEMESATH
                                      Assistant United States Attorney
14                                    Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**O R D E R**

2

      IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3

stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4

its order. The Court specifically finds the failure to grant a continuance in this case would deny

5

counsel reasonable time necessary for effective preparation, taking into account the exercise of

6

due diligence.  The Court finds the ends of justice are served by granting the requested

7

continuance and outweigh the best interests of the public and defendant in a speedy trial.

8

      The Court orders the time from the date the parties stipulated previously (June 9, 2022),

9

up to and including July 14, 2022, shall be excluded from computation of time within which the

10

trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §

11

3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local

12

Code T4). It is further ordered a status conference be set for **July 14, 2022 at 9:30 a.m.**

13

14

DATED: June 6, 2022

15

16

                      Troy L. Nunley
                      United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28