| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | AUDREY B. HEMESATH<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-109 TLN |
|---|---|
| Plaintiff, | **NOTICE TO OF REQUEST TO SEAL DOCUMENTS** |
| v. | |
| JEFFREY KIM, | |
| Defendant. | |

Pursuant to Local Rule 141, the United States, through Assistant United States Attorney Audrey B. Hemesath, hereby gives notice that it has submitted a Request to Seal a motion and a proposed order granting the United States's Request. The United States has requested to seal the above-referenced documents, which have been provided to the Court *in camera*.

Respectfully submitted,

Dated: July 14, 2022

PHILLIP A. TALBERT
United States Attorney

*/s/ Audrey B. Hemesath*
AUDREY B. HEMESATH
Assistant United States Attorney

1