PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY KIM,<br><br>　　　　　　　　Defendant. | CASE NO. 2:18-CR-109 TLN<br><br>STIPULATION AND ORDER |

　　　Counsel for Mr. Kim informs the United States that Mr. Kim has unfortunately passed away, but that a death certificate is not yet available. Accordingly, the parties request to continue this matter until March 30, 2023. As soon as a death certificate becomes available, the United States will move for dismissal.

Dated:  January 23, 2023　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By:　/s/  Audrey B, Hemesath_____
　　　　　　　　　　　　　　　　　　　　AUDREY B. HEMESATH
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney


　　　　　　　　　　　　　　　　　　By:　/s/ Noa Oren_____
　　　　　　　　　　　　　　　　　　　　NOA OREN
　　　　　　　　　　　　　　　　　　　　Office of the Federal Defender
　　　　　　　　　　　　　　　　　　　　Counsel for JEFFREY KIM

1

**ORDER**

IT IS SO ORDERED.

DATED: January 24, 2023

_____
Troy L. Nunley
United States District Judge