PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JEFFREY KIM,<br><br>                    Defendant. | CASE NO. 2:18-CR-109 TLN<br><br>MOTION TO DISMISS CHARGES<br><br>AND ORDER |

The government moves to dismiss the charges in the indictment against the above-named defendant. The government has received confirmation that the defendant passed away on December 4, 2022.

Dated: February 1, 2023                                       Respectfully submitted,

                                                                              PHILLIP A. TALBERT
                                                                              United States Attorney

                                                           By:     /s/ Audrey B, Hemesath
                                                                              AUDREY B. HEMESATH
                                                                              Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: February 2, 2023

                                                                              Troy L. Nunley
                                                                              United States District Judge

1